IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BETTY MOORE**                                                                                              **PLAINTIFF**

**V.**                                                        **CIVIL CASE NO. 3:22-CV-687-HTW-RPM**

**COMISSIONER OF SOCIAL**                                                          **DEFENDANT**
**SECURITY**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge Robert P. Myers, Jr. [**Docket no. 9**]. In his Report and Recommendation, filed on August 25, 2023, Magistrate Judge Myers recommended that the Defendant's Motion to Dismiss [Docket no. 5] be denied and the limitations period be tolled.

Magistrate Judge Myers directed the parties to file any objections within fourteen (14) days. To date, no objection has been filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 9]**, this court finds it well-taken. Magistrate Judge Myers carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court. This Court, accordingly, deems the limitations period tolled and **DENIES** the Defendant Commissioner's Motion to Dismiss Plaintiff's Complaint [Docket no. 5].

**SO ORDERED AND ADJUDGED this the 13th day of November, 2023.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**