IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BETTY MOORE**                                                                                       **PLAINTIFF**

vs.                                                     **CIVIL ACTION No.: 3:22-CV-687-HTW-RPM**

**COMMISSIONER OF SOCIAL SECURITY**                                        **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

**BEFORE THIS COURT** is the Report and Recommendation of United States Magistrate Judge Robert P. Myers, Jr., filed in the above-captioned matter on January 16, 2025 [Docket no. 20].

The Commissioner of Social Security denied Betty Moore's claim for disability insurance benefits under the Social Security Act, so Moore appealed to this Court and moved for summary judgment in his favor. Finding that the Administrative Law Judge ("ALJ") failed to adequately address contradictions in the testimony of a vocational expert on which the ALJ relied, Magistrate Judge Myers recommended that this Court grant Moore's motion, reverse the Commissioner's decision, and remand this matter to the Commissioner. No party objected to the Magistrate Judge's recommendations, and the time to do so has elapsed.

This Court finds that Magistrate Judge Myers carefully considered the submissions of the parties, the record, and relevant law, and crafted a sound Report and Recommendation. This Court therefore **ADOPTS** Magistrate Judge Myers's Report and Recommendation [Docket no. 20].

Accordingly, Moore's motion for summary judgment (ECF No. 14) is **GRANTED,** the decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further proceedings consistent with Magistrate Judge Myers's report.

**SO ORDERED this the  11th  day of      February    , 2025.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**